IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STETSON SKENDER, Individually and on**
**Behalf of All Others Similarly Situated**                                         **PLAINTIFF**

**VS.**                                    **4:20-CV-00054-BRW**

**EDEN ISLE CORPORATION**
**and GARY REDD**                                                                   **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, April 29, 2021, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of April, 2021.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

-1-