IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STETSON SKENDER, Individually and on	PLAINTIFF
Behalf of All Others Similarly Situated

VS.	NO. 4:20-cv-00054-BRW

EDEN ISLE CORPORATION	DEFENDANTS
and GARY REDD

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Eden Isle Corporation and Gary Redd hereby offer to allow judgment to be taken against them in this matter in favor of plaintiff Stetson Skender on his claims on the following terms:

1. Defendants will pay (a) plaintiff the total sum of four thousand dollars ($4,000.00) inclusive of back pay or wages allegedly owed and any other money damages, including liquidated damages, and (b) plaintiff's counsel an award of reasonable attorneys' fees and costs now accrued within the meaning of Rule 68 to be determined by the Court on a properly supported motion under the Fair Labor Standards Act and the Arkansas Minimum Wage Act.

2. If accepted, the amount paid pursuant to this offer of judgment will be the full and final amount and remedy to which plaintiff is entitled against defendants. This offer of judgment is made for the purposes specified in Rule 68 and is not to be

construed either as an admission that defendants are liable in this action, or that plaintiff has suffered any damages.

3. If this offer is not accepted in writing within 14 days after service, it shall be deemed withdrawn, and evidence of this offer will not be admissible except in a proceeding to determine costs or attorneys' fees.

WRIGHT, LINDSEY & JENNINGS LLP  
200 West Capitol Avenue, Suite 2300  
Little Rock, Arkansas 72201-3699  
(501) 371-0808  
FAX: (501) 376-9442  
E-MAIL: jkim@wlj.com; dljones@wlj.com

By _____
Jane A. Kim (2007160)
Daveante Jones (2016163)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On April 23, 2021, a copy of the foregoing was served by email on the following:

Lydia Hamlet – *lydia@sanfordlawfirm.com*
Josh Sanford – *josh@sanfordlawfirm.com*

*Attorneys for Plaintiff*

_____
Jane A. Kim