# UNITED STATES COURT OF APPEALS
### FOR THE EIGHTH CIRCUIT

## CROSS-APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    21-2365   Stetson Skender v. Eden Isle Corporation, et al
                   21-2556   Stetson Skender v. Eden Isle Corporation, et al

Date:        July 16, 2021

**APPEAL REQUIREMENTS**

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information.

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information.

**GENERAL INFORMATION**

      The following filing dates are established for the cross-appeals. The dates will only be extended upon the filing of a timely motion establishing good cause. An order granting extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

      The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures.

      The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

The following briefing schedule has been established for these cross-appeals.
This schedule supersedes all other schedules.

Please refer to Federal Rule of Appellate Procedure 28.1
for the procedures governing cross-appeals.

Method of Appendix Preparation
  Notification - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . . .14 days from date of this schedule

Designation of Record & Statement of
  Issues - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 days from date of this schedule

Designation of Record
  Appellee/Cross-Appellant . . . . . . . . . . . . 10 days from service of Appellant's designation

Joint Appendix or Appellant's
  Separate Appendix . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 09/01/2021
     ( Eden Isle Corporation & Gary Redd)

Brief of Appellant with Addendum. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 09/01/2021
     ( Eden Isle Corporation & Gary Redd )

Brief of Appellee/Cross-Appellant
  (with Separate Appendix, if applicable). . . . . . 30 days from the date the court issues the
     ( Stetson Skender )                             Notice of Docket Activity filing the brief.

Reply Brief of
  Appellant/Cross-Appellee . . . . . . . . . . . . . . . 30 days from the date the court issues the
     ( Eden Isle Corporation & Gary Redd )    Notice of Docket Activity filing the brief.

Reply Brief of
  Cross-Appellant . . . . . . . . . . . . . . . . . . . . . . . .21 days from the date the court issues the
     ( Stetson Skender )                             Notice of Docket Activity filing the brief.


**ALL BRIEFS AND APPENDICES SHOULD BE
FILED WITH THE ST. LOUIS OFFICE**

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, July 16, 2021 1:48 PM |
| **Subject:** | 21-2365 Stetson Skender v. Eden Isle Corporation, et al "Civil Cross Appeal Briefing Schedule Set" (4:20-cv-00054-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/16/2021

| | |
|---|---|
| **Case Name:** | Stetson Skender v. Eden Isle Corporation, et al |
| **Case Number:** | 21-2365 |
| **Document(s):** | Document(s) |

**Docket Text:**
CROSS APPEAL BRIEFING SCHEDULE SET AS FOLLOWS:. BRIEF OF APPELLANT, Eden Isle Corporation and Gary Redd due 09/01/2021. Appendix due 09/01/2021. Appellee/Cross Appellant brief due 30 days from the date the court issues the Notice of Docket Activity filing the appellant's brief. [5055644] [21-2365, 21-2556] (Adrienne Vonder Haar)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Lydia Hicks Hamlet: lydia@sanfordlawfirm.com
Mr. Daveante Jones: dljones@wlj.com, mrussell@wlj.com
Ms. Jane A Kim: jkim@wlj.com, apatrick@wlj.com
Mr. Gary D. Marts, Jr.: gmarts@wlj.com, pjones@wlj.com
Mr. Josh Sanford: josh@sanfordlawfirm.com, tracy@sanfordlawfirm.com, ecfnotices@sanfordlawfirm.com

The following document(s) are associated with this transaction:
**Document Description:** XAP Briefing Schedule
**Original Filename:**
/opt/ACECF/live/forms/AdrienneVonderHaar_212365_5055644_CrossAppealBriefingSchedule_205.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/16/2021] [FileNumber=5055644-0]
[2d6914696ca4d53bf3a5e5cf043040dd91d0bc43a8b3469ce720f53f9d2296d149b76dc04dd46fd524214b81823ed56eadf
85322429d45bd207d075fe1315d18]]
**Recipients:**

- [Ms. Tammy H. Downs, Clerk of Court](#)
- [Ms. Lydia Hicks Hamlet](#)
- [Mr. Daveante Jones](#)
- [Ms. Jane A Kim](#)
- [Mr. Gary D. Marts, Jr.](#)
- [Mr. Josh Sanford](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5055644
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6809320, 6809323, 6809322